# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIE C. ROBERTSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:16-CV-00693-CDP<br>) |
| DIRELL ALEXANDER, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff has submitted an unsigned complaint. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed.R.Civ.P. 11(a). As a result, the Court will order the Clerk to return the complaint to plaintiff so that plaintiff may sign and return it to the Court for filing.

Additionally, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty days of the date of this Order. If plaintiff files a motion to proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(b). Plaintiff's failure to comply with all of the aforementioned will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that that the Clerk shall return the complaint to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff shall sign the complaint and return it to the

Court within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form "Motion to Proceed in Forma Pauperis - Prisoner Cases."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 24th day of May, 2016.

_/s/ Catherine D. Perry_
**CATHERINE D. PERRY**
**UNITED STATES DISTRICT JUDGE**