**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIE C. ROBERTSON, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-693 CDP |
| DIRELL ALEXANDER, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for reconsideration. I have reviewed the case file and find no error in the dismissal of this action. The allegations in the complaint fail to rise to the level of a constitutional violation, and therefore, are not actionable under 42 U.S.C. § 1983.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [ECF No. 13] is **DENIED**.

Dated this 20th day of March, 2017.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE